No. 96–1614. LODER *v.* CITY OF GLENDALE ET AL.; and
No. 96–1814. CITY OF GLENDALE ET AL. *v.* LODER. Sup. Ct. Cal. Certiorari denied. Reported below: 14 Cal. 4th 846, 927 P. 2d 1200.

No. 96–1617. PUEBLO OF SANTA ANA ET AL. *v.* KELLY, UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–1627. VAN ZELST ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 96–1648. RICHENBERG *v.* COHEN, SECRETARY OF DEFENSE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–1653. OSAREN *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 96–1661. AMCOR CAPITAL CORP. ET AL. *v.* GOOLKASIAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1695. ATTALA COUNTY ET AL. *v.* TEAGUE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1703. BUSH & BURCHETT, INC. *v.* HERMAN, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1717. FREE AIR CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 96–1720. JONES *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 96–1733. FEEZOR ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–1738. RYBAR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.